**No. 47574.**—Protest 894233–G of S. H. Kress & Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Strauss-Eckardt* v. *United States* (T. D. 48272 and T. D. 47439) the claim at 25 percent under paragraph 1403 was sustained.